# Third District Court of Appeal

## State of Florida

Opinion filed May 12, 2021.
Not final until disposition of timely filed motion for rehearing.

————————

No. 3D20-1891
Lower Tribunal Nos. F99-29579, F00-255

————————

**Edward Reddick,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Lourdes Simon, Judge.

Edward Reddick, in proper person.

Ashley Moody, Attorney General, for appellee.

Before HENDON, MILLER, and LOBREE, JJ.

PER CURIAM.

Affirmed.